JANET KLEIN, Appellant, v. S. NORMAN GOLDBERG, Respondent, Impleaded with Another.— Order so far as appealed from denying plaintiff's motion to strike out paragraphs third and fifth of the answer of defendant S. Norman Goldberg, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

THE FIRST OF BOSTON INTERNATIONAL CORPORATION, Respondent, v. JAMES E. BENNETT and Others, Appellants.— Order denying defendants' motion for an order directing that the deposition of Joseph Toucher, a witness, be taken before trial, unanimously reversed, with twenty dollars costs and disbursements and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of MAJESTIC BLOUSE & NOVELTY CO., INC., Assignor, to NEW YORK CREDIT MEN'S ASSOCIATION, Assignee, Respondent, SAMUEL E. ANNIS, Claimant, Appellant.— Order as resettled, so far as appealed from, disallowing the claim of Samuel E. Annis and awarding to the attorneys for the assignee the sum of $1,000, to the accountants the sum of $900, and to the referee the sum of $500, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ. .

LENA COHEN, Appellant, v. SOLLIE COHEN, Respondent.— Order granting defendant's motion to modify final decree of separation by reducing the award of alimony to the plaintiff from seventy-five dollars per week to twenty dollars per week, unanimously modified by increasing the allowance to thirty-five dollars per week, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. Order denying plaintiff's motion for an additional allowance for counsel fees unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

ABRAHAM GIVATOWSKY, Appellant, v. THE NATIONAL CITY BANK OF NEW YORK, Respondent, Impleaded with Another.— Orders denying plaintiff's motion for a discovery and inspection of all the papers of the defendant, The National City Bank, relating to the contracts of the plaintiff, and denying plaintiff's motion for a reargument, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

LEON A. FLAX, Respondent, v. ARTAD COMPANY, INC., Appellant.— Orders denying defendant's motion to vacate an ex parte order of discontinuance unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of RAISBECK ELECTROTYPE COMPANY to PETER F. REGAN, JR., Assignee. MARTHA L. RAISBECK BATZLE, Claimant, Appellant; PETER F. REGAN, JR., Assignee, Respondent.— Order, so far as appealed from, disallowing claim of Martha L. Raisbeck Batzle in toto as a claim against the estate, and confirming referee's report in that respect, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.